# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                     NO. 4:09CR00070-001 SWW

LARRY LEROY STALEY

### ORDER

Pending before the Court is government's motion for dismissal of the indictment against defendant, Larry Leroy Staley, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the government's motion [doc #21] for dismissal of the indictment against the above-named defendant be **granted**, and the indictment pending against defendant **LARRY LEROY STALEY** is **dismissed without prejudice**.

DATED this 22nd day of January 2010.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE